IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



| | |
|---|---|
| VIRGINIA INNOVATION SCIENCES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.;<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.; SAMSUNG<br>TELECOMMUNICATIONS AMERICA,<br>LLC<br><br>Defendants. | CIVIL ACTION NOS.<br><br>2:12-CV-00548-MSD-TEM and<br>2:13-CV-00332-MSD-TEM (consolidated for trial) |

**ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

On this day came Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC, ("Samsung") through their counsel, to move this Court for an Order granting the withdrawal of Sanjeev Mehta's appearance as counsel for Samsung, and upon consideration thereof, it is ORDERED that the Motion is GRANTED.

The Clerk shall remove Mr. Mehta from the docket and cease delivery of notifications of electronic filings to Mr. Mehta. Mr. Mehta's e-mail address to be removed is smehta@omm.com.

-2-

THE CLERK IS DIRECTED to send a copy of this Order to all counsel of record.

ENTERED: 5/16/2014

/s/ MSD

JUDGE: _____
Mark S. Davis
United States District Judge
United States District Court
Eastern District of Virginia